UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                    :

MANIK KALRA, *et al.*,
                    :

                 Plaintiffs, :

        -against -        :

JOSEPH B. EDLOW, *Director, United States*
*Citizenship and Immigration Services*,
                    :

               Defendant. :

                    :
---------------------------------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  6/11/2026

1:26-cv-4594-GHW

<u>ORDER REFERRING CASE
TO MAGISTRATE JUDGE</u>

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas corpus

____ Social Security

__X__ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Specific motion: _____

All such motions:  __X__

SO ORDERED.

Dated:  June 11, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge